745 A.2d 1211

SEYMOUR H. FINE, PLAINTIFF–RESPONDENT, v. RUTGERS, THE STATE UNIVERSITY OF NEW JERSEY, DEFENDANT–MOVANT.

October 20, 1999.

Leave to appeal is granted.

745 A.2d 1211

CHASE MORTGAGE SERVICES, INC., PLAINTIFF–RESPONDENT, v. SALVATORE MORETTI, ET AL., DEFENDANTS–APPELLANTS.

November 5, 1999.

This matter having come before the Court on an appeal as of right pursuant to *Rule* 2:2–1(a)(1), and the Court having determined that the matter does not present a substantial constitutional question within the meaning of the *Rule* or applicable caselaw;

In is ORDERED that the within appeal is dismissed for no substantial constitutional question.

745 A.2d 1211

GREENWAY DEVELOPMENT COMPANY, INC., ET AL., PLAINTIFFS–RESPONDENTS, v. BOROUGH OF PARAMUS, ET AL., DEFENDANTS–MOVANTS.

November 5, 1999.

Leave to appeal is granted.